HONORABLE RICARDO S. MARTINEZ
HONORABLE S. KATE VAUGHAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL CASA ASSOCIATION d/b/a NATIONAL CASA/GAL ASSOCIATION FOR CHILDREN, a Washington public benefit corporation,<br><br>Petitioner,<br><br>v.<br><br>UNCOMMONBOND INC. d/b/a 3dASAP PROMOTIONAL SOLUTIONS, a Texas corporation,<br><br>Respondent. | Case No. C21-1511-RSM-SKV<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER PETITION<br><br>NOTE ON MOTION CALENDAR:<br>January 24, 2022 |

Petitioner National CASA Association d/b/a National CASA/GAL Association for Children and Respondent unCommonBond Inc. d/b/a 3dASAP Promotional Solutions, by and through their respective counsel, hereby stipulate that Respondent's deadline to answer or otherwise respond to the Petition to Compel Arbitration in the above-captioned action is extended to February 4, 2022.

Dated this 24th day of January, 2022.

Respectfully submitted,

FOCAL PLLC

By: s/ Kimberlee L. Gunning
s/ Venkat Balasubramani
Kimberlee L. Gunning, WSBA #35366

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER PETITION
(Case No. C21-1511-RSM-SKV) – 1

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

Venkat Balasubramani, WSBA #28269
900 1st Avenue S., Suite 201
Seattle, Washington 98134
Tel: (206) 529-4827
Fax: (206) 260-3966
Email: kim@focallaw.com
Email: venkat@focallaw.com

Attorneys for Petitioner National CASA Association

THE LAW FIRM OF H. DALE LANGLEY, JR. PC

By: *s/ H. Dale Langley, Jr.*
H. Dale Langley, Jr.
1803 West Avenue
Austin, Texas 78701
Tel: (512) 477-3820
Fax: (512) 597-4475
Email: dlangley@iptechlaw.com

Attorney for Respondent unCommonBond Inc.

### [PROPOSED] ORDER

The Court, having reviewed the Stipulation to Extend Time to Answer Petition submitted by Petitioner National CASA Association ("Petitioner") and Respondent unCommonBond Inc. ("Respondent"), and finding good cause, hereby GRANTS the request and ORDERS:

The deadline for Respondent to answer, move to dismiss or strike, or otherwise respond to Petitioner's Petition to Compel Arbitration is hereby extended to and including February 4, 2022.

IT IS SO ORDERED.

Dated this 25th day of January, 2022.

*[signature]*
S. KATE VAUGHAN
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER PETITION
(Case No. C21-1511-RSM-SKV) – 2

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966